**Order filed July 12, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00105-CR
_____

**SOLOMON KOFI EQUAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1210061**

## O R D E R

Appellant's appointed counsel filed a brief under the authority of *Anders v. California*, 386 U.S. 738(1967), in which he concludes the appeal is wholly frivolous and without merit.   To comply with the requirements set forth in *Anders*, counsel must file: (1) a copy of the transmittal letter to the client accompanying his copy of the *Anders* brief in which the client is informed of his right to file a *pro se* brief and obtain a record view; and (2) a Motion to Withdraw. Accordingly, we enter the following order.

We order **Edmond N. O'Suji**, to file a copy of the transmittal letter on or before **July 23, 2012.** Further, we order **Edmond N. O'Suji** to file a motion to withdraw on or before **July 23, 2012.**

PER CURIAM